No. 05–318. CATLETT v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 05–343. HARRIS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 05–363. SAINTAUDE v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 05–370. BALDWIN v. ENGLAND, SECRETARY OF THE NAVY. C. A. 4th Cir. Certiorari denied.

No. 05–373. MARINE FORESTS SOCIETY ET AL. v. CALIFORNIA COASTAL COMMISSION. Sup. Ct. Cal. Certiorari denied.

No. 05–392. RIGGLE ET UX. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 05–424. MITRA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–425. GOUDIE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–435. THOMPSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5009. IGHEKPE v. GONZALES, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 05–5019. DUNLAP v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 05–5050. MCNEIL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5078. MARTINEZ-BENITEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5417. DAVIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.